FILED
May 31, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL ZAMUDIO HURTADO,<br><br>Defendant. | CASE NO. 1:24-cr-00117-JLT-SKO<br><br>21 U.S.C. § 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine |

I N F O R M A T I O N

COUNT ONE:    [21 U.S.C. §§ 846, and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine]

The United States Attorney charges T H A T:

RAUL ZAMUDIO HURTADO, JR.

defendant herein, beginning at a time unknown to the grand jury, but no later than on or about December 1, 2021 and continuing until November 16, 2022, in the Counties of Merced and Stanislaus, State and Eastern District of California, did knowingly and intentionally conspire and agree with other persons known and unknown, to distribute and possess with intent to distribute a mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

It is further alleged that the amount of controlled substance involved in the offense was 500 grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

more of methamphetamine.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Information, defendant RAUL ZAMUDIO HURTADO shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds the defendant obtained, directly or indirectly, as the result of such violation, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to, the following property:

    a. approximately $15,900.00 in U.S. Currency,
    b. approximately $13,900.00 in U.S. Currency,
    c. approximately $2,633.00 in U.S. Currency,
    d. approximately $833.00 in U.S. Currency,
    e. a sum of money equal to the total amount of proceeds obtained as a result of the offense for which defendants is convicted.

2. If any property subject to forfeiture, as a result of the offense alleged in Count One of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

Dated: May 29, 2024

                                              PHILLIP A. TALBERT
                                              United States Attorney

By: _____
     KIMBERLY A. SANCHEZ
     Assistant United States Attorney

INFORMATION          2